# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| YONATAN KULUBRAHNA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:19-cv-00368-ACA-JEO |
| ) | |
| DAVID RIVERA, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This case is before the court on Respondents' motion to dismiss. (Doc. 10). In the motion, Respondents note that Petitioner was removed from the United States on May 2, 2019. (Doc. 10 at 1; *see also* doc. 10-1). Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, the court WILL GRANT Respondents' motion and dismiss this case.

The court will enter a separate order consistent with this memorandum opinion.

**DONE** and **ORDERED** this May 16, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE